UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Paul Aversano, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> Santander Bank, N. A., <br><br> Defendant. | Civil Action No.: 3:17-cv-12694-MAS-DEA |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Paul Aversano | Santander Bank, N.A. |
|---|---|
| /s/ Sofia Balile | /s/ Diane A. Bettino |
| Sofia Balile, Esq. <br> NJ Bar No. 01093 <br> LEMBERG LAW <br> 43 Danbury Road, 3rd Floor <br> Wilton, CT 06897 <br> (203) 653-2250 <br> Attorney for Plaintiff | Diane A. Bettino, Esq. <br> REED SMITH LLP <br> Princeton Forrestal Village <br> 136 Main Street, Suite 250 <br> Princeton, NJ 08540 <br> (609) 987-0050 <br> dbettino@reedsmith.com <br><br> Henry F. Reichner, Esq. <br> REED SMITH LLP <br> Three Logan Square <br> 1717 Arch Street <br> Suite 3100 <br> Philadelphia, PA 19103 <br> (215) 851-8266 <br> hreichner@reedsmith.com <br> Attorneys for Defendant |

**So Ordered this** 26th **day of January, 2021.**

_/s/ MAShipp_
**Honorable Michael A. Shipp, U.S.D.J.**